## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

GEORGE STONER,

        Petitioner

       v.

PENN KLEEN, INC., K.E.W.
INDUSTRIES LIMITED, PENN KLEEN
EX-ITS, INC., NILFISK-ADVANCE, INC.,
NILFISK-ALTO CLEANING SYSTEMS,
INC., ALTO CLEANING SYSTEMS, INC.,
NILFISK-ADVANCE GROUP,
NILFISK-ALTO, EN DIVISION AF NILFI,
AND K.E.W. INDUSTRI A/S,

        Respondents

: No. 15 EAL 2013
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 7th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.